UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QBEX COMPUTADORAS S.A., <br> Plaintiff, <br> v. <br> INTEL CORPORATION, <br> Defendant. | Case No. 17-cv-03375-LHK (SVK) <br><br> **RESPONSE TO QBEX'S SEPTEMBER 28, 2018 SUBMISSION; ORDER TO MEET AND CONFER; REQUEST FOR FURTHER BRIEFING** |

The Court is in receipt of Qbex's September 28, 2018 letter regarding deposition limits. The dispute is not properly before the Court in a joint letter. Further, it appears from the face of the document that Intel has not been given a reasonable amount of time to respond.[1] The Court appreciates that discovery closes in this matter on October 11, 2018, and that it previously informed the Parties of the Court's unavailability after today until Tuesday, October 9, 2018. The foregoing timing should have directed the Parties to be more diligent in their meet and confer efforts to resolve their outstanding discovery disputes, not, as has happened, to submit multiple disputes to the Court today that fail to comply with this Court's standing order.

---

[1] After finalizing this Order, the Court received Intel's response.

Resolving issues around the taking of depositions is not a complex matter. Accordingly, the Parties are ordered to continue their meet and confer efforts. It may be instructive for the Parties that this Court generally excludes expert depositions from the presumptive limits. Should this matter remain unresolved by the Parties, which could only result from the Parties' unwillingness to compromise which would be taken into account in resolving future disputes, the Court will consider it in a joint submission which reflects each Party's proffered compromise (not merely their preferred position) provided to the Court no later than noon on October 5, 2018.

**SO ORDERED.**

Dated: September 28, 2018

SUSAN VAN KEULEN
United States Magistrate Judge